IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY DULANEY**                                                                                              **PLAINTIFF**

v.                           Case No. 3:11-cv-30-DPM

**ENTERGY CORPORATION and
RETIREMENT PLAN OF ARKANSAS POWER
& LIGHT**                                                                                                       **DEFENDANTS**

ORDER

This case has settled. Defendants' unopposed motion to dismiss, *Document No. 27*, is granted. Larry Dulaney's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2011