IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY DULANEY**                                                                                          **PLAINTIFF**

v.                               Case No. 3:11-cv-30-DPM

**ENTERGY CORPORATION and
RETIREMENT PLAN OF ARKANSAS POWER
& LIGHT**                                                                                                  **DEFENDANTS**

JUDGMENT

Larry Dulaney's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

24 August 2011